Rebecca J. Hozubin, Esq.
HOZUBIN, MOBERLY & ASSOCIATES
711 M Street, Suite 2
Anchorage, AK 99501
907-276-5297 – Telephone
907-276-5291 – Fax
Email: rebecca@akdefenselaw.com
Alaska Bar No. 9806016

*Attorneys for Country Mutual Insurance Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONNA MONAHAN, Personal Representative of the Estate of BRENDA MONAHAN A/K/A CYNTHIA MONAHAN,<br><br>               Plaintiff,<br><br>vs.<br><br>COUNTRY MUTUAL INSURANCE COMPANY.<br><br>               Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   3:22-cv-00125-JWS |

## NOTICE OF REMOVAL

Defendant, COUNTRY MUTUAL INSURANCE COMPANY, by and through its counsel of record, Hozubin, Moberly & Associates, hereby removes the state court action filed against it in the Superior Court for the State of Alaska, Third Judicial District, at Anchorage, to the United States District Court for the District of Alaska. Removal is based on the following:

Hozubin, Moberly & Associates
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297  F: 907.276.5291
HMAdmin@akdefenselaw.com

1. On April 14, 2022, plaintiff, Donna Monahan, Personal Representative of the Estate of Brenda Monahan a/k/a Cynthia Monahan, filed a civil action entitled *Donna Monahan, Personal Representative of the Estate of Brenda Monahan a/k/a Cynthia Monahan vs. Country Mutual Insurance Company,* Case No. 3AN-22-05792CI.[1]

2. The federal courts "have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states." 28 U.S.C. § 1332.

3. For the purposes of determining diversity, "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business." 28 U.S.C. §1332(c)(1); *see also*, *Fifty Assoc. v. Prudential Ins. Co. of Am.*, 446 F.2d 1187, 1190 (9th Cir. 1970). Individuals are deemed to be citizens of the state of their domicile. *Lew v. Moss*, 797 F.2d 747, 749 (9th Cir. 1986).

4. There is complete diversity of citizenship between the parties as plaintiff is alleging to be a resident of Anchorage, Alaska, and Country Mutual Insurance Company is a corporation whose principal place of business is in Bloomington, Illinois.

5. The amount in controversy in the above-entitled action, exclusive of costs and interest, exceeds $75,000 pursuant to the *Complaint*.

6. This Notice of Removal is timely under 28 U.S.C. § 1446(b). Less than 30 days have elapsed since Defendant became aware that the case was removable as the *Complaint* was filed on April 14, 2022. 28 U.S.C. 1446(b)(3).

---

[1] Exhibit A, Complaint.

Hozubin, Moberly & Associates
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297  F: 907.276.5291
HMAdmin@akdefenselaw.com

7. Pursuant to 28 U.S.C. § 1446(d), notice of filing this *Notice of Removal* is filed herewith in the state court action, with a copy of this Notice of Removal without exhibits. This Notice of Removal was served on plaintiff, through counsel, by Email.

Based on the foregoing, defendant removes the state court action filed against it to this Court, the United States District Court for the District of Alaska.

DATED this 17th day of May, 2022.

        HOZUBIN, MOBERLY & ASSOCIATES
        *Attorneys for Country Mutual Insurance Company*

By:   s/Rebecca J. Hozubin/
        Rebecca J. Hozubin
        Alaska Bar No. 9806016
        Email: rebecca@akdefenselaw.com

CERTIFICATE OF SERVICE
The undersigned hereby certifies that
on the 17th day of May, 2022,
a true and correct copy of the foregoing
was served on the following via **EMAIL**:

Anne Helzer Esq.
Helzer Law, LLC
401 E. Fireweed Lane, Suite 203
Anchorage, AK 99503
Email: annehelzer@helzerlaw.com
[Attorney for Plaintiff]

HOZUBIN, MOBERLY & ASSOCIATES

By: s/Carol L. McNeese
7000.534/