Rebecca J. Hozubin, Esq.
HOZUBIN, MOBERLY & ASSOCIATES
711 M Street, Suite 2
Anchorage, AK 99501
907-276-5297 – Telephone
907-276-5291 – Fax
Email: rebecca@akdefenselaw.com
Alaska Bar No. 9806016

*Attorneys for Country Mutual Insurance Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONNA MONAHAN, Personal Representative of the Estate of BRENDA MONAHAN A/K/A CYNTHIA MONAHAN,<br><br>               Plaintiff,<br><br>vs.<br><br>COUNTRY MUTUAL INSURANCE COMPANY.<br><br>               Defendant. | 3:22-cv-00125-JWS |

## STATE COURT FILINGS LIST

Defendant, Country Mutual Insurance Company, by and through its counsel of record, Hozubin, Moberly & Associates, pursuant to this Court's Order at Document 4, files its *State Court Filings List* and associated documents as follows:

1. Complaint
   Filed April 25, 2022
   [Provided to USDC with *Notice of Removal* filing - Document 1 - on May 17, 2022.]

2. Summons
   Filed on April 25, 2022 – attached hereto as Exhibit A.

3. Defendant Entry of Appearance
   Filed on May 17, 2022 – attached hereto as Exhibit B.

DATED this 19th day of May, 2022.

HOZUBIN, MOBERLY & ASSOCIATES
*Attorneys for Country Mutual Insurance Company*

By:   s/Rebecca J. Hozubin/
      Rebecca J. Hozubin
      Alaska Bar No. 9806016
      Email: rebecca@akdefenselaw.com

CERTIFICATE OF SERVICE
The undersigned hereby certifies that
on the 19th day of May, 2022,
a true and correct copy of the foregoing
was served on the following via **CM/ECF**:

Anne R. Helzer Esq.
Helzer Law, LLC
Email: annehelzer@helzerlaw.com
[Attorney for Plaintiff]

HOZUBIN, MOBERLY & ASSOCIATES

By: s/Carol L. McNeese
7000.534/

Hozubin, Moberly & Associates
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297  F: 907.276.5291
HMAdmin@akdefenselaw.com